MAY 12 2008

FILED 

MAY 13 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# PRISONER CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**Plaintiff(s):** United States of America, ex rel. HOWARD F. SLAJCHERT

**Defendant(s):** MS. NEDRA CHANDLER, etc., et al.

**County of Residence:** LEE

**County of Residence:**

**Plaintiff's Address:**
Howard F. Slajchert
B-37564
Dixon - DIX
P.O. Box 1200
Dixon, IL  61021

**Defendant's Attorney:**
Chief of Criminal Appeals
Illinois Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL  60601

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

08CV 2759
JUDGE DARRAH
MAGISTRATE JUDGE DENLOW

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas Corpus General

**Cause of Action:** 28:2254

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** M. Burke    **Date:** 5/13/2008