UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

People of the State of Illinois
Ms. Nedra Chandler, Warden
Plaintiff(s)

v.

Inmate, Howard F. Slajchert, B-37564
Pro-Se
Defendant(s)

FILED
MAY 12 2008
MAY 12 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: _____

08CV 2759
JUDGE DARRAH
MAGISTRATE JUDGE DENLOW

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Howard F. Slajchert, declare that I am the (check appropriate box)
   ☐ plaintiff  ☒ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:
   Wrote to three Attorneys who, to date, haven't answered my requests for Pro-Bono Representation

3. In further support of my motion, I declare that (check appropriate box):
   ☒ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   
   ☒ I ~~am currently~~ previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page. Appellate 105598 - ATTACHED

4. In further support of my motion, I declare that (check appropriate box):
   ☒ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.  And, a 6 month Inmate Trust Fund Audit
   
   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.
   
   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

   *Howard Slajchert* B-37564
   Movant's Signature

   2600 North Brinton Avenue
   Street Address

   Dixon, Illinois 61021-9524
   City/State/Zip

Date: February 07 2008

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Case Number |
|---|---|
| Justice, Rita B. Garman | 105590 |

| Case Title | Appeal from the 4th Appellate Court |
|---|---|

| Appointed Attorney's Name |
|---|
| Unknown at this time |

If case is still pending, please check box: ☐

---

| Assigned Judge | Case Number |
|---|---|
|  | 04-06-0377 |

| Case Title | Appeal from The Livingston County, Illinois Courts |
|---|---|

| Appointed Attorney's Name |
|---|
| Mr. Daniel Yuhas |

If case is still pending, please check box: ☐

---

| Assigned Judge | Case Number |
|---|---|
|  | 04-06-0377 |

| Case Title | Appeal |
|---|---|

| Appointed Attorney's Name |
|---|
| Mr. Daniel Yuhas |

If case is still pending, please check box: ☐

---

| Assigned Judge | Case Number |
|---|---|
| Chief Judge, Glennon | 93-CF-88 & 93-CF-89 |

| Case Title | Post-Conviction Petition (735 ILCS 5/2-1401 as filed) |
|---|---|

| Appointed Attorney's Name |
|---|
| On Appeal |

If case is still pending, please check box: ☐

LIST OF ATTORNEY'S REQUESTING PRO-BONO REPRESENTATION          enclosed

1. (~~3~~) Black, Krockey, Cerugel and Cowgill, P.C.                          (X)
   ~~o8~~ 19 West Jefferson Street
   Joliet, IL 60432

2. (~~3~~) Camil, Johnson, Wilson & McCullogh, P.C.                           (_)
   o8 51 North Douglas
   Elgin, IL 60120

3. (~~3~~) Wilt, Sreen & Cain, P.C.                                           (_)
   o8 321 West State Street, Suite 803
   Rockford, IL 61114

2. (~~3~~) Rawles, O'Bryne, Stanks, & Kepley, P.C.                            (_)
   o8 501 West Church Street
   Post Office Box 800
   Champaign, IL 61824-0800

2. (~~3~~) Hinshaw & Culertson                                                (_)
   o8 1802 Fox Drive
   Champaign, IL 61821

2. (~~3~~) Fririch / Mager / Green / Ryan                                     (X)
   o8 2001 West Main Street
   Post Office Box 1570
   Carbondale, IL 62903-1570


                REQUEST FOR **6** MONTH INMATE TRUST FUND AUDIT

(X) Requested                                                                 (X)


                    ACCESS TO THE LIBRARY /        COPIER
02/06/2008 13:30 to 15:30 cut short due to snowfall / deadlock-No Employees

02/07/2008  10:30 To 12:00 Forma Pauperis                                     —

04/20/2008 _ Refused to make copies without pre-paid copy cards               —

04/22/2008 _ List full - We may have Cast Deadline of 4-30-08                 —

Inmate, Howard F. Slajchert, B-37564
2600 North Brinton Avenue
Dixon, Illinois 61021-9524

Date Mailed: 02/07/ 2008

Request for Pro Bono Representation

My criminal case numbers are 93-CF-88 and 93-CF-89 which both were heard in Livingston County, Pontiac, Illinois. Both cases are sexually related and both were found as being guilty by a jury of my peers. October 22, 1993 a Judge sentenced me to two terms of 15 years plus 5 extended totaling 40 years followed by 2 years mandatory supervised release. No direct appeal was made.

Sometime in August of 1999, due to a retroactive Illinois law which provided for sex-offender's to be civilly committed upon their release from their criminal sentence and prior to the mandatory supervised release and during this "**LIFETIME**" commitment, the defendant would remain in the CUSTODY of the Department of Corrections and/or Agents thereof..

I was denied in this Post-Conviction which was a Constitutionality challenge of Public Act 80-1099, which the Courts renamed a Post-Conviction. And appealed this to the 4th District Appellate Courts.

In September of 2002, I filed a Post-Conviction Petition challenging Apprendi vs New Jersey claiming the Jury, **NOT** the Judge should have passed sentencing as the Jury in my case never heard many of the facts that would later extend my term of incarceration. This too, was denied and appealed, without approval.

Next, I challenged "The application of Illinois Law" as a title of my petition rather than making it a 735 ILCS 5/2-1401 or a sucessive post-conviction petition, or writ of habeas corpus or anyother entitlemnt which could have beeen open to the courts likings. The Courts claimed, "You'll have to entitle it either a 2-1401 or writ of habeas corpus, or a successive post-conviction petition. So, in keeping with their request, I chose to allow the Courts to rename my petition to that inwhich they thought would best benefit me, the defendant. The Courts renamed it a 3rd post-conviction petition and therefore denied it as being sucessive frivolous and without merit and I appealed. This too, get denied claiming that I gave the Courts the choice to rename it, and dispite the fact, it didn't benefit me, I still lost.

I challenged the Courts to show me:
1. How I received day for day credit for 186 days spent in the CUSTODY of the County while awaiting bail/bond and to show me this on paper, **OR** to make it this way, according to People vs Latona, 234 Ill. Dec. 801, 703 N.E.2d 901, (1998)
2. How the Judge was allowed to pass sentencing rather than the Jury. And, seeing how we can't re-assemble the Jury, re-write the mittimus to be a maximum of 15 years and sentences to run concurrently.

4-1

#2 Continued:
People vs John Cunningham, ___ S. Ct. ___ 2008

3. How the mandatory supervised release is going to be run so that I shall receive credit against the sentence that has to be served, OR re-write my mittimus to include the mandatory supervised release at day for day 2 + 2 = 4 and subtract 4 years from the 40 years that must be served.

White vs Indiana Parole Board, 266 F.3d 759, 765, 766
People ex rel Johnson vs Pate, 265 N.E.2d 144
People vs Mapps, 555 N.E.2d 1275, (5th Dist 1990)
Blitz vs U.S., 153 US 308 (1894)
People vs Fish, 250 ILL. DEC. 72 (2000)
People vs Shinkle, 539 N.E.2d 1238 (Ill. 1989)
CLEAR INIATIVE, Provided by Mr. Jesse White, Secretary of State,
                State Librarian on 03/19/2007 WEBSITE
Ms. Kathy Newstrand, Dixon Correctional Center's Record Office
          04/26/06 Explains how sentences are calculated
                MSR In Addition To, NOT As Written Therein
Letter to the Illinois Prisoner's Review Board
   Subject: MSR/EMSR and how I shall receive credit for having to
                                  serve either or both.
          Their response: "PAROLE" Contact your counselor
       My sentence was 10/93, I'll NEVER be on "PAROLE"!
   Counselor has no information on the subject - RUN AROUND!

4. While serving time, after sentencing, the Sex-Offender's Registration Act came into being. I challenged this Act as being retroactive. I had relatives look my name and number up on the WWW.Site to see if my information was being deseminated prior to my release. YES! IT WAS! So, Per Illinois Law/Statute I have to register for a total of 10 years, and my guardian has, without my permission, has given out my information to the WWW.Site prior to my release, so does this time count against the ten years of registry? If it's for the safety of the Public, who's in jeopardy while I'm incarcerated? I want credit for each day my information has been posted and for this information to be posted for a maximum of 3,650 days! This, according to statute, is the LAW!

5. How does the Illinois Prisoner Review Board obtain its POWER to re@incarcerate a person? They are from the Executive Branch of Illinois Government. PLEASE, EXPALIN! Doesn't the Separation of Powers Doctrine mean anything to anyone anymore?

6. In People vs Company, the very last paragraph, suggests to the Director of the State of Illinois, Illinois Department of Corrections to re-calcu;late a man's sentence so that it would be CONSTITUTIONAL! Who's overseeing that he does what was suggested? NOBODY! This is why nothing has been doneto correct the situation!

7. The State of Illinois pass into Law, Statutes that the General Public is meant to follow. Why then, doesn't the Courts of the State follow the Laws already passed?
730 ILCS 5/5-8-1(d) "AS WRITTEN THEREIN and IN ADDITION TO
730 ILCS 5/5-8-7(b) Receive credit for any part of any spent in CUSTODY of the Department

#3 Continued:
730 ILCS 5/3-14-2 - A person serving MSR remains in CUSTODY of the Department of Corrections
730 ILCS 5/3-14-2.5 - A person serving EMSR remains in the CUSTODY of the Department of Corrections
Illinois Constitution: NO Laws shall be made to be effective **RETROACTIVELY!**
United States Constitution: NO Laws shall be made effective **RETROACTIVELY!**
C.L.E.A.R.
    "There is also the matter of what is and what isn't CONSTITUTIONAL.
The most prevalent is the use of mandatory presumptions, which the Supreme Court of Illinois

found to be Constitutional

for the past two to three decades

**even though it VIOLATES a person's**

**RIGHT TO DUE PROCESS."**

    Since 03/19/2007, The Illinois Legislature has known and has made known that Mandatory Supervised Release and Extended Mandatory Supervised Release if applied after first completing 100% of a Judicially imposed sentence is <u>UNCONSTITUTIONAL</u> as it violates a person's **Right to DUE PROCESS**. But, with no oversight, who cares? The feeling that they have, it seems, is:
    "We can violate a persons Right to Due Process"
    "No one to answer to, We do as we want!"
    "Constitutional Right"
    "A Right only if you can get them."
    Thus, since 03/19/07, the Illinois Supreme Court has had to of known that MSR and EMSR both violate a person's Right to Due Process if applied after first serving 100% of a judicial sentence and thereby, those who have refused to hear my appeal have proven they are part of the problem, not part of the solution.
    Our Courts remain HONORABLE if they actually represent the People they claim to represent. They remain HONORABLE if they who make the Laws for everyone else, also follow these same Laws, without exception, nor privilage. Yet, it seems as though these very same people have grown into an organization that feels they don't have to comply. And, Our Rights are only a mirage, a smoke screem that seems to be there, at least we're told they are, and only find out otherwise when it is that we challenge them, then we find out differently.
    WHO CARES, Constitutionally or Unconstitutionally
If you have the POWER, everything is the way you claim it is
Right or Wrong, with POWER you're always RIGHT!
No Oversight, You're ALWAYS RIGHT
All I ask is for my Constitutional RIGHTS to be enforced.
    Sincerely,
    *[signature]*

a-3

To whom it may concern,

    The United States District Court, Northern District of Illinois shall be requesting of me to prove to them that I have sought out Legal representation.
    With this letter, I request of you and your office to represent me, as a pro-bono attorney, as I have no money inwhich to aford a private attorney, and without an attorney, I may not be able to argue the case at hand.
    As the record has shown, I think one way and the Courts another. I believed that I could challenge Illinois Statute by entitling a Petition / Motion:
        "Challenge to the Application of Illinois Law"
    And, I had this belief that the Courts were in fact, my friend, here to help me. When in fact, they have proven otherwise by making a 3rd successive post-conviction petition and thereby denying the challenge all together. They have proven to me that they are wolves in sheeps clothing.
Yet, it is Our System and it's all I have to receive whatever relief I may.
    Thus, I have also asked for $1,600.oo a day for any day that I have spent in CUSTODY too long. Time waits for NO MAN, and they can't pay me back in time. I've lost my wife in 2005, my mother in 2004, my father is currently dying, slowly. My relationship with my youngest son is failing, and with my oldest son is dying but may be revived in time. My brother lives in another state so there's little that he can do for me. I'm left to defend for myself, homeless, broke, and breaking, still believing in Our SYSTEM for whatever it's worth.

    I ask that you send a reply to me so that I can prove to the Courts that I have actually sent letters to attorneys requesting representation.

                                    Thank You in advance
                                    for Your time and efforts,
                                              Sincerely,

*[signature]*

My deadline for filing is: **04/30/2008**

I'd like to be in Court, Filed A.S.A.P. so please respond ASAP

    If I haven't heard anything from your office by: **04/15/08**

    PLEASE Send your response to the Court itself.

Livingston County Case Nos: 93-CF-88 and 93-CF-89

4th District Appellate Case nos: 04-07-0367

                                04-06-0377

Supreme Court of Illinois No.: 105590



# BLOCK, KLUKAS & MANZELLA, P.C.
### ATTORNEYS AT LAW

19 WEST JEFFERSON STREET • JOLIET, ILLINOIS 60432
815.726.9999 • Fax: 815.727.6378 • www.blocklaw.com

Michael D. Block
Winston J. Block
Elizabeth A. Klukas
Thomas J. Manzella, Jr.
Jason R. Stetz

February 13, 2008

Inmate, Howard F. Slajchert, B-37564
2600 North Brinton Ave.
Dixon, IL 61201-9524

RE:   Request for Pro Bono Representation

Dear Mr. Slajchert:

    I have your request for Pro Bono Representation, and unfortunately we do not do the type of legal work you are seeking.

    I suggest you attempt to secure other counsel as we can not undertaken your representation.

Very truly yours,

BLOCK, KLUKAS & MANZELLA, P.C.

BY: _____
Michael D. Block

MDB/dlh

Rec'd 2-20-08 Legal Mail



Feirich/Mager/Green/Ryan

ATTORNEYS

April 21, 2008

Inmate, Howard F. Slajchert, B-37564
2600 North Brinton Avenue
Dixon, IL 61021-9524

RE:   Representation by Feirich\Mager\Green\Ryan declined

Dear Mr. Slajchert:

Feirich\Mager\Green\Ryan declines to be retained and will not represent you in the criminal matters which you referenced in your letter dated February 7, 2008. The case numbers which you referenced in your letter where 93-CF-88 and 94-CF-89 and your letter detailed a request for pro bono representation with respect to a challenge to Illinois law regarding post-conviction sentencing.

Our decision to decline this matter should not be construed as a statement of opinion regarding the merits of your matter. You should be aware that failure to promptly proceed within the applicable statute of limitations may result in your legal matter being time-barred. Therefore, you should immediately consult with another lawyer concerning your rights in this matter if you choose to proceed.

Other attorneys who practice in this area might be found in your local telephone directory, or www.SuperPages.com, or www.Lawyers.com, or through the Illinois State Bar Association which offers an attorney referral service which can be accessed at www.illinoislawyerfinder.com or by telephone at (217) 525-5297 or (800) 922-8757 (toll free).

Thank you for contacting Feirich\Mager\Green\Ryan. However, as a general rule, the attorneys in this firm do not provide legal services in criminal matters.

Sincerely,

FEIRICH\MAGER\GREEN\RYAN

*Angela M Povolish-Boudet*

Angela M. Povolish-Boudet
APB/skm
Enclosure
G:\ANGELA P-B\Misc. Letters\Declined Engagement\Slajchert.wpd

Richard A. Green/John C. Ryan/Michael F. Dahlen/Kevin L. Mechler
Pieter N. Schmidt/John S. Rendleman,III
Edward Renshaw/Kara L. Jones/R. James Giacone, II/Thomas R. Frenkel/Cheryl L. Intravaia
W. Bryce Levanti/Timothy D. Denny/Angela Povolish-Boudet/Keith B. Hill
John K. Feirich (1909 - 1998)     T. Richard Mager (1934 - 2002)
2001 West Main Street/Post Office Box 1570/Carbondale, Illinois 62903
PH: 618-529-3000/FAX 618-529-3008



## SUPREME COURT OF ILLINOIS
SUPREME COURT BUILDING
SPRINGFIELD 62701

**JULEANN HORNYAK**
CLERK OF THE COURT
(217) 782-2035

TELECOMMUNICATIONS DEVICE
FOR THE DEAF
(217) 524-8132

November 6, 2007

**FIRST DISTRICT OFFICE**
20TH FLOOR
160 N. LASALLE ST.
CHICAGO 60601
(312) 793-1332

TELECOMMUNICATIONS DEVICE
FOR THE DEAF
(312) 793-6185

Mr. Howard F. Slajchert
Reg. No. B-37564
Dixon Correctional Center
2600 North Brinton Avenue
Dixon, Illinois 61021

Re: No. 105590 - People State of Illinois, respondent, v. Howard F. Slajchert, petitioner. (Appellate Court No. 4-06-0377)

Dear Mr. Slajchert:

This office has timely filed your petition for leave to appeal today in the above-entitled cause. You are being permitted to proceed as a poor person.

Your petition will be presented to the Court for its consideration, and you will be advised of the Court's action thereon.

Very truly yours,

*Juleann Hornyak*
Clerk of the Supreme Court

JH/jak
cc:  AG CrMadigan
     SA Livingston
     SAAP Springfield