04-26-2008
Original

Clerk of the Northern District of Illinois,

PLEASE NOTE:

I have recently found that persuant to HOUSTON, the challenges of, Post-Convictions, 735 ILCS 2-1401's I had filed prior to this filing, may have presidence, and I simply MUST FILE TO PRESERVE MY RIGHTS, due to an APRIL 30, 2008 DEADLINE.

I have recently, April 18th, 2008 found out about the case PEOPLE vs HOUSTON, that has a citing from, AMERICAN TRUCKING ASSOCIATION, Inc. vs SMITH, which provided for a new term known as REDRESS, which is a Right provided citizens of the United States from the U.S. Constitution's 1st Amendment to "REDRESS".

Thus, I've read, cases such as APPRENDI vs NEW JERSEY that the State of Illinois held did not apply to collateral attack retroactively, under TEAGUE vs LANE, now can be "REDRESS'ED" under HOUSTON.

Thus, I respectfully request that this Honorable Court postpone any and all proceedings until such time that my "REDRESS" is re-addressed by the lower courts, as I don't want to be caught in two courts at that sametime.

IF, However, This "REDRESS" shall have no bearings on a decission from the upper courts, I respectfully request that I be heard A.S.A.P. as if I were correct in my filings, I have been incarcerated some 24 years plus, TOO LONG!!! And, I then would have a need to collect some sort of compensation because the STate of Illinois have known this from 2/01/1978 yet did nothing to correct the problem(s) it had concerning how M.S.R.is to be applied, and for adding to a man's sentence, extended M.S.R. in addition to and after first serving M.S.R. and applying both retroactively as well as adding the threats of civil commitment to a man's sentence making his now new sentence longer and more onerous, and difficult to finish due to the cruel and unusual additional punishment(s), rather than their claim of rehabilitation and their trying to keep a family together. TRUTH IS, They did the opposite in my case, and I'm told by other inmates, I'm not alone.

08CV2759
JUDGE DARRAH
MAGISTRATE JUDGE DENLOW

**FILED**
MAY 12 2008
MAY 1 2 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

Respectfully submitted in GOOD FAITH,

[signature]
B-37564

POB 1250
Dixon, IL 61021-1250

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. __N/A__

_____

_____

IN FORMA PAUPERIS DECLARATION

UNITED __STATES DISTRICT COURT__ / __Northern__ District

[Insert appropriate court]

* * * * *