Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2759 | 6-11-08 **DATE** | 6-11-08 |
| **CASE TITLE** | U.S. ex rel. Howard Slajchert (B-37564) v. Nedra Chandler | | |

**DOCKET ENTRY TEXT**

The court orders this petition transferred to the Western Division of the United States District Court for the Northern District of Illinois for preliminary consideration pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

■ [For further details see text below.]

Docketing to mail notices.

## STATEMENT

Petitioner Howard Slajchert (®-37564) has filed a petition for habeas corpus relief pursuant. He argues that he did not receive credit toward his sentence for time served in Livingston County Jail. Petitioner was convicted in Livingston County, and he is currently incarcerated at Dixon Correctional Center. Under 28 U.S.C. § 2241(d), a state prisoner may bring a petition for habeas corpus relief in either the federal judicial district where he is currently in custody or in the federal judicial district where he was convicted. In this case, petitioner may bring his petition in either the Western Division of the Northern District of Illinois or the Peoria Division of the Central District of Illinois. Accordingly, pursuant to the discretion granted this court under § 2241(d), the court orders this action transferred to the Western Division of the United States District Court for the Northern District of Illinois for preliminary consideration under Rule 4 of the Rules Governing Section 2254 Cases.

U.S. DISTRICT COURT

2008 JUN 13 AM 5:10

FILED-FED

| | Courtroom Deputy Initials: | lsk |
|---|---|---|