

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**             **OFFICE OF THE CLERK**
**CLERK**             **(312) 435-5691**

June 17, 2008

Julia Mitchell
USDC Northern District of Illinois
Western Division
United States Courthouse
211 South Court Street
Rockford, Illinois 61101

RE: Slajchert v. Chandler et al
USDC No.:  1:08-cv-02759

Dear Clerk:

Enclosed is the certified electronic record which is being transferred to your court pursuant to an order entered on 06/11/2008 by the Honorable John W. Darrah. Paper Documents number 1 and 7 will be sent via Certified Mail, Article No. 7006 0100 0001 7312 7292.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing.  You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet.  You will need Adobe Acrobat reader loaded on your computer in order to view the documents.  If you are an electronic court, you may upload the documents.  All documents filed prior to electronic filing are included in this transfer package.  (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system.  This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

Please acknowledge receipt on the enclosed copy of this letter.

                                               Sincerely yours,

                                               Michael W. Dobbins, Clerk

                                       By:      /s/Enjoli Fletcher
                                                           Deputy Clerk

Enclosures

New Case No. _____     Date _____