## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2759 | **DATE** | June 19, 2008 |
| **CASE TITLE** | United States ex rel. Howard Slajchert (B-37564) v. Nedra Chandler | | |

**DOCKET ENTRY TEXT:**

The petitioner's motion to proceed *in forma pauperis* [#3] is granted. The respondent is ordered to answer the petition or otherwise plead within sixty days of the date of this order. The petitioner is directed to file a reply brief within thirty days of the filing of the State's response to the petition. The petitioner's motion for appointment of counsel [#4] is denied as premature.

■ [For further details see text below.]

Docketing to mail notices.

### STATEMENT

The petitioner, Howard Slajchert (B-37564), has filed a petition for habeas corpus relief pursuant to 28 U.S.C. § 2254. He argues that he did not receive credit toward his sentence for time he was in custody at the Livingston County Jail. The petitioner was convicted in Livingston County, and he is currently incarcerated at Dixon Correctional Center. Because Dixon is located in this division, the Eastern Division transferred the case to this Court.

Upon determining that the petitioner is unable to pay the filing fee, the Court grants his motion to proceed *in forma pauperis*.

The respondent is ordered to answer the petition or otherwise plead within sixty days of the date this order is entered on the clerk's docket. The petitioner is directed to file a reply brief within thirty days after the State has responded to his petition. *See* Rule 5(e) of the Rules Governing Section 2254 cases.

The petitioner is instructed to file all future papers concerning this action with the Clerk of Court in care of the Prisoner Correspondent. The petitioner must provide the court with the original plus a judge's copy (including a complete copy of any exhibits) of every document filed. In addition, the petitioner must send an exact copy of any court filing to the Chief, Criminal Appeals Division, Attorney General's Office, 100 West Randolph Street, 12th Floor, Chicago, Illinois 60601. Every document filed by the petitioner must include a certificate of service stating to whom exact copies were sent and the date of mailing. Any paper that is sent directly to the judge or that otherwise fails to comply with these instructions may be disregarded by the court or returned to the petitioner.

The petitioner's motion for appointment of counsel is denied at this time as premature. Counsel may be appointed if an evidentiary hearing is needed or if interests of justice so require, *see* Rule 8(c), Rules Governing Section 2254 Cases; however, counsel is not necessary at this stage of the proceedings.

| | Courtroom Deputy Initials: | isk |
|---|---|---|