# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2759 | **DATE** | June 23, 2008 |
| **CASE TITLE** | United States ex rel. Howard Slajchert (B-37564) v. Nedra Chandler | | |

**DOCKET ENTRY TEXT:**

A review of the court's docket reflects that petitioner paid the filing fee on May 12, 2008. [6] However, the grant of petitioner's motion to proceed *in forma pauperis* in the court's Minute Order of June 19, 2008, stands. [11] Petitioner's pauperis status may affect such future considerations as his eligibility for court-appointed counsel.

■ [For further details see text below.]                                         Docketing to mail notices.

| | Courtroom Deputy Initials: | isk |
|---|---|---|