UNITED STATES DISTRICT COURT
WESTERN DISTRICT of ILLINOIS

FILED
JUN 2 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Name of assigned judge: JOHN W. DARAH    vs. Nedra Chandler, Warden
                                              Respondent

Case Number: 08-C-2759                    Date: 06/11/2008

Petitioner: Howard F. Slaj[...] Number: B-37564

has filed with this Honorable Court, a Writ of Habeas Corpus who had filed a 28 U.S.C. § 2254, however this Honorable Court changed the filing to a 28 U.S.C. § 2241(d) under Rule #4.

The problem that has been noticed, by the Petitioner, is as follows:

1) Claim of the Court not granting the petitioner his County Jail Credit is in part false. I have in fact, received 1/4 the amount of time that was granted by the Sentencing Court. I have received 186 days of two Court Ordered Jail Credits. But, also I have been denied day for day credit afforded by: <u>People vs Latona</u>, 234 N.E.2d 901. With this Credit, 186 X 2= 372 x 2 = 744. of which I have only received 186 days of.

2) There are other claims that I have requested! "IN A NUTSHELL"

   Judge that sentenced me in a JURY TRIAL, where I should have been sentenced by the JURY under Judge's Instruction.

   M.S.R. of 2 years that the State of Illinois Prisoner's Review Board wants to add to my already 40 year sentence making the sentence 42 years. I've asked that day for day to also apply to M.S.R. and that said M.S.R. be made part of / included, as written therein and in addition to the term of imprisonment. 40 - 2 - 2 = 36.

   E.M.S.R. of 10 years that the State of Illinois Prisoner's Review Board wants to add to my already sentence of 40 +2 + 2 = 44 + 10 + 10 = 64 years. This third sentence is being added by a Branch of Our Executive Branch of Government. By

statute, this is in VIOLATION OF THE **SEPARATION IN POWERS DOCTRINE**, as well as my United States and Illinois Constitutional Rights.

Adding to the above, taking the fact that I have been incarcerated for 15+ years, I have been incarcerated unlawfully and illegally for **8 PLUS YEARS!**

<u>RELIEF BEING SOUGHT:</u>

$15 + 5 + 15 + 5 = 40 - 2 - 2 = 36 - 10 - 10 = 16 - 50\%$ (G.C.C.) = 8 years to be served in custody (Incarcerated) - 38 days (Ed. G.T. Earned) = 7 y, 10m, ~~22d - 90 days~~ (M.G.T.) = 7y, 7m, 22d - T.B.A. Actual days already spent in custody = days I been in CUSTODY **TOO LONG!**

Immediate Release!

Compensation for each day spent in CUSTODY of the Department beyond that than I should have if the I.D.O.C. would have calculated my sentence correctly, by Illinois Statute where the maximum of 40 years would not have been breached.

CLERK,

If, for whatever reason, I have not made myself clear within the WRIT OF HABEAS CORPUS you currently have, please let me know, else,

Explain to me why nothing more is written in your response that has been mailed to my attention. Dated: 06/17/2008 Post Mark.

Thank You,

[signature]

Multi-Issues - Only one Addressed by Court in Transferring Response.



LEGAL
DATE SENSATIVE
U.S. MAIL

SLAJCHERT, BL34564
PO BOX 1200
DIXON, IL 61021-1200
08-C-2759

CLERK OF THE
FEDERAL BUILDING
U.S. DISTRICT COURT
NORTHERN DISTRICT of ILLINOIS
WESTERN DIVISION at ROCKFORD, ILLINOIS
211 SOUTH COURT STREET
ROCKFORD, ILLINOIS 61101



02 1M
0004254712     MAY 13 2008
MAILED FROM ZIP CODE 61021     $ 00.01⁰

