## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2759 | **DATE** | July 3, 2008 |
| **CASE TITLE** | United States ex rel. Howard Slajchert (B-37564) v. Nedra Chandler | | |

**DOCKET ENTRY TEXT:**

The Court has received a letter from petitioner [13] that appears to elaborate on the claims asserted in his petition for habeas corpus relief. To the extent the letter elaborates on the claims presented in the petition, the respondent may refer to the letter when submitting her response to the petition. To the extent petitioner seeks to add claims, he should submit an amended petition for habeas relief, which contains all of the claims he seeks to raise. The Court will proceed as though petitioner's letter simply elaborates on claims already asserted, such that an amended petition is unnecessary. If petitioner seeks to submit an amended petition, he should notify the Court and submit an amended petition using the Court's form petition. *See* Local Rule 81.3. The Court notes that, contrary to petitioner's contention in his letter, the order transferring the petition to the Western Division did not convert the petition from one under 28 U.S.C. § 2254 to a 28 U.S.C. § 2241 petition. Section 2241(d) was cited simply as the venue provision to indicate that the Eastern Division of the Northern District was not the proper venue for the petition.

Docketing to mail notices.

| | Courtroom Deputy Initials: | isk |
|---|---|---|