IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. HOWARD SLAJCHERT, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | 08 C 2759 |
| NEDRA CHANDLER, Warden, Dixon Correctional Center, | ) ) ) | The Honorable Frederick J. Kapala, |
| Respondent. | ) | Judge Presiding. |

## MOTION FOR EXTENSION OF TIME

Respondent NEDRA CHANDLER respectfully requests a 30-day extension of time within which to answer or otherwise plead to the petition for writ of habeas corpus filed in the above-captioned cause, from August 18, 2008, to and including September 17, 2008. An affidavit in support of the motion is attached.

August 13, 2008

LISA MADIGAN
Attorney General of Illinois

By:   s/Eric M. Levin
ERIC M. LEVIN, Bar # 6284971
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
TELEPHONE: (312) 814-8812
FAX: (312) 814-2253
E-MAIL: elevin@atg.state.il.us

State of Illinois      )
                       ) S.S.
County of Cook         )

## AFFIDAVIT

ERIC M. LEVIN, being first duly sworn upon oath, deposes and states as follows:

1. I am an Assistant Attorney General in the Criminal Appeals Division of the Office of the Illinois Attorney General and have been assigned to represent respondent in this habeas corpus case.

2. Respondent's response to the petition for writ of habeas corpus is currently due on or before August 18, 2008. Despite due diligence, however, I will not be able to file respondent's response by that date.

3. Immediately upon being assigned the case, I began the process of ordering the relevant state court materials necessary to evaluate and draft an informed response to the petition. I did not receive all of these materials until July 8, 2008.

4. Since that time, in addition to reviewing the state court record and preparing the response in this case, I have also been working on the following matters:

- Motion to dismiss in *LaPointe v. Chandler*, No. 08-MR-24 (Lee Cty. Cir. Ct.) (filed July 22, 2008).

- Reply in support of motion for summary judgment in *United States ex rel. Kizer v. Hulick*, No. 02-C-3400 (N.D. Ill.) (due Aug. 18, 2008).

-1-

- Appellee's brief in *Cookson v. Austin*, No. 08-1181 (7th Cir.) (due Aug. 20, 2008).

- Appellee's brief in *Klimawicze v. Sigler*, No. 08-2208 (7th Cir.) (due Aug. 22, 2008).

- Appellant's brief in *People v. Brooks*, No. 105953 (Ill. Sup. Ct.) (due Aug. 13, 2008, with extension to Sept. 17, 2008 pending).

5.   This is respondent's first motion for an extension of time in this matter. This motion is not for the purpose of delay but solely to ensure that respondent's interests are adequately addressed.

WHEREFORE, respondent respectfully requests a 30-day extension of time within which to answer or otherwise plead to the petition for writ of habeas corpus filed in the above-captioned cause, from August 18, 2008, to and including September 17, 2008.

FURTHER AFFIANT SAYETH NOT.

s/Eric M. Levin
Eric M. Levin

**CERTIFICATE OF SERVICE**

       I hereby certify that on August 13, 2008, I electronically filed respondent's **Motion for Extension of Time** in the above-captioned case with the Clerk of the United States District Court for the Northern District of Illinois, Western Division, using the CM/ECF system; and I hereby certify that on August 13, 2008, I mailed by United States Postal Service the above-referenced motion to the following non-registered party:

Howard Slajchert, B37564
Dixon Correctional Center
2600 N. Brinton Ave.
Dixon, IL  61021


                                     LISA MADIGAN
                                       Attorney General of Illinois

By:    s/Eric M. Levin
          ERIC M. LEVIN, Bar # 6284971
          Assistant Attorney General
          100 West Randolph Street, 12th Floor
          Chicago, Illinois 60601
          TELEPHONE: (312) 814-8812
          FAX: (312) 814-2253
          E-MAIL: elevin@atg.state.il.us