## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2759 | **DATE** | 8/19/2008 |
| **CASE TITLE** | USA ex rel. Howard Slajchert vs. Nedra Chandler | | |

**DOCKET ENTRY TEXT:**

Respondent's motion for extension of time is granted over objection. Respondent to answer or otherwise plead to the petition for writ of habeas corpus by September 17, 2008. Petitioner to reply by October 17, 2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | sw |
|---|---|---|